Case 1:08-cr-00683 Document 2 Filed 08/28/2008 Page 1 of 1

FELONY
TC

③

**08 CR 683**    JUDGE JOAN H. LEFKOW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    **MAGISTRATE JUDGE BROWN**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**
   YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**  YES ☐

6) What level of offense is this indictment or information?   **FELONY X**  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO X**  YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Homicide | (II) | ☐ Income Tax Fraud | (II) | ☐ DAPCA Controlled Substances | (III) |
| ☐ Criminal Antitrust | (II) | ☐ Postal Fraud | (II) | ☐ Miscellaneous General Offenses | (IV) |
| ☐ Bank robbery | (II) | **X** Other Fraud | (III) | ☐ Immigration Laws | (IV) |
| ☐ Post Office Robbery | (II) | ☐ Auto Theft | (IV) | ☐ Liquor, Internal Revenue Laws | (IV) |
| ☐ Other Robbery | (II) | ☐ Transporting Forged Securities | (III) | ☐ Food & Drug Laws | (IV) |
| ☐ Assault | (III) | ☐ Forgery | (III) | ☐ Motor Carrier Act | (IV) |
| ☐ Burglary | (IV) | ☐ Counterfeiting | (III) | ☐ Selective Service Act | (IV) |
| ☐ Larceny and Theft | (IV) | ☐ Sex Offenses | (II) | ☐ Obscene Mail | (III) |
| ☐ Postal Embezzlement | (IV) | ☐ DAPCA Marijuana | (III) | ☐ Other Federal Statutes | (III) |
| ☐ Other Embezzlement | (III) | ☐ DAPCA Narcotics | (III) | ☐ Transfer of Probation Jurisdiction | (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, USC, Section 1343 and 2

_RENAI RODNEY_
Assistant United States Attorney

**FILED**

AUG 2 8 2008  TC
AUG 28 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

(Revised 12/99)